IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIGUEL E. MAEZ,

        Plaintiff,

v.                                              CV 13-0381 WPL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

        Defendant.

## ORDER

    Plaintiff's motion to proceed *in forma pauperis* is GRANTED.  IT IS ORDERED that the commencement and prosecution of the above-entitled action is authorized without the prepayment of the filing fee, costs, or security therefor.  However, any further proceedings involving costs must be specifically authorized in advance by the Court.

    IT IS SO ORDERED.

                                                                       William P. Lynch
                                                                       United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.